# Exhibit 3



ANDERSON
& STRUDWICK
Serving Investors Since 1948

January 20, 2011

Mr. Matt Ward
Corporate Trust Administration
SunTrust Bank
919 East Main Street, 10th Floor
Richmond, VA 23219

Re:

### 3,000,000 Shares of
### Tibet Pharmaceuticals, Inc.
### AMENDED

Dear Mr. Ward:

In accordance with the terms of the Escrow Agreement among Anderson & Strudwick, Inc. (the "Placement Agent"), Tibet Pharmaceuticals, Inc. (the "Issuer"), and SunTrust Bank (the "Escrow Agent"), the Selling Agent expects to cause Pershing Securities to wire funds totaling $16,500,000.00 to the Escrow Agent on Monday, January 24, 2011.

Information regarding the identity of the individual purchasers is readily available from the Placement Agent and the Selected Dealers. An Operations Department contact for each is shown at the end of this letter.

In the event that the Offering is terminated or fails to close by 1:30PM on January 24, 2011 for whatever reason, the Escrow Agent is to immediately wire the proceeds of the Offering back to Pershing Securities without waiting to receive further instructions and using the following wire instructions:

**$16,500,000.00 to BANK OF NEW YORK, NEW YORK, NY, ABA # 021000018, CREDIT ACCOUNT 890-051238-5, PERSHING LLC, FCC 7RD-891028, ANDERSON & STRUDWICK CORPORATE TRADING ACCOUNT, 707 East Main Street, 20th Floor, Richmond, VA 23219.**

Pershing Securities will be credited with all of the Common Shares (3,000,000) upon the closing through DTC.

After the issue has been deemed closed, transfer the funds of the public offering as indicated below:

ZOU000087

Mr. Matt Ward
January 20, 2011
Page 2

Tibet Pharmaceuticals, Inc.:

$14,420,431.11 to HSBC HONG KONG, SWIFT CODE HSBCHKHHHKH,
Credit Account A/C # 112-277108-838, Tibet Pharmaceuticals, Inc., Room
601, Building 4, 555 Tibet S. Road, Shanghai, China 200021.

In addition, wire the balance in the Escrow Account as follows:

Anderson & Strudwick:

$1,070,465.00 to SUNTRUST BANK, RICHMOND, VA, ABA # 061000104,
CREDIT ACCOUNT 1000063317910, Anderson & Strudwick, Inc., Attn.
Acting Damon Joyner, Telephone 804-643-2400, 707 East Main Street, 20th
Floor, Richmond, VA 23219.

Henley & Company LLC:

$33,000.00 to BANK OF NEW YORK, NEW YORK, NY, ABA # 021000018,
A/C Pershing LLC, A/C # 890-051238-5, FCC AKU-892002, Henley &
Company Corporate Syndicate Trading Account, 1290 RexCorp Plaza,
Uniondale, NY 11556.

Thompson Davis & Co., Inc.:

$46,200.00 to SUNTRUST BANK, RICMOND, VA, ABA # 061000104,
Credit Account # 1000004854146, Thompson Davis & Co., Inc., Attn. Kevin
Rutherford or Michael Flynn, Telephone 804-643-1295, 15 South Fifth
Street, Richmond, VA 23219.

Hudson Securities, Inc.:

$6,600.00 to BANK OF AMERICA, N.A., JERSEY CITY, NJ, ABA #
026009593, Credit Account A/C # 381010692318, A/C Hudson Securities,
Inc., 111 Town Square Place, Suite 1500A, Jersey City, NJ 07310.

Paulson Investment Company:

$16,500.00 to US BANK-MAIN BRANCH, PORTLAND, OR, ABA #
123000220, Credit Account A/C # 153607093553, A/C Paulson Investment
Company, 811 SW Naito Parkway, Suite 200, Portland, OR 97204.

Anslow + Jaclin:

$147,235.00 to WACHOVIA, A DIVISION OF WELLS FARGO BANK, NA,
FREEHOLD, NJ, ABA #031201467, CREDIT ACCOUNT 2000009326741,
Anslow & Jaclin, LLP - Attorney Business Account, Attn. Richard Anslow,
Telephone 732-409-1212, 195 Route 9 South, Suite 204, Manalapan, NJ
07726.

ZOU000088

Mr. Matt Ward
January 20, 2011
Page 3

**ACSB & CO, LLP:**

> **$81,500.00 to BANK OF AMERICA, ISELIN, NJ, ABA # 026009593, Credit Account #003811194940, ACSB & CO., LLP, Attn. David Svoboda, Telephone 212-844-1748, 517 Route One South, Iselin, NJ 08830.**

**Kaufman & Canoles:**

> **$676,568.89 to SUNTRUST BANK MID-ATLANTIC, RICHMOND, VA, ABA # 061000104, Credit Account# 000383471, Kaufman & Canoles Fiduciary Account/Haneberg, Attn Tracie Kerr, Telephone 757-624-3161, 150 West Main Street, Suite 2100, Norfolk, VA 23510.**

**SunTrust Bank:**

> The net of these wires against the escrow account should result in a residual balance of $1,500.00. SunTrust Bank is authorized to take $1,500.00 as its fee for serving as Escrow Agent on this transaction.

Operational Contacts for each of the involved firms are as set forth below:

**Placement Agents:**
Anderson & Strudwick, Inc.
Mac Downs
804-344-3809
or
Ruth Yates
804-344-3839

**Selected Dealers:**
Henley & Company LLC
James Albanese 516-794-5520

Thompson Davis & Co., Inc.
Kevin Rutherford or Michael Flynn 804-643-1295

Hudson Securities, Inc.
Keith Knox
201-680-7389

ZOU000089

Mr. Matt Ward
January 20, 2011
Page 4

Paulson Investment Company
Nick Bales
800-433-9045

Issuer's Counsel
Kaufman & Canoles
Brad Haneberg
804-771-5790

Placement Agent Counsel
Anslow + Jaclin
Peter Visalli
732-409-1212

Transfer Agent
Computershare
Nadia Soto
201-386-3316

Please give me a call if you have any questions. Thank you for your assistance.

Sincerely,

ANDERSON & STRUDWICK, INC.

L. McCarthy Downs, III
Managing Director

Approved:

TIBET PHARMACEUTICALS, INC.

Tay/or 2. Guo

Name: Taylor Guo, CEO

Date: Jan 20 20'0

cc:     Bradley A. Haneberg, Esq.
        Peter Visalli, Esq.
        Hayden Zou
        Ruth Yates

ZOU000090