# Exhibit 4

Page 1 of 4

**Downs, Mac**

**From:** Downs, Mac
**Sent:** Mon 1/24/2011 1:02 PM
**To:** Ward.Matthew
**Cc:**
**Subject:** RE: Closing Call for Tibet Pharmaceuticals IPO - Monday Jan 24 10:15 AM
**Attachments:**

Thank you.

Mac Downs
Managing Director
Anderson & Strudwick, Inc.
707 East Main Street, 20th Floor
Richmond, VA 23219
Office: (804) 966-2468
Mobile: (804) 337-6511

Beijing   (Currently in USA)
Mobile: (86) 136 8115 6658

---

**From:** Ward.Matthew [mailto:Matthew.Ward@SunTrust.com]
**Sent:** Mon 1/24/2011 1:00 PM
**To:** Downs, Mac; shangrilapharm@163.com
**Cc:** hayden zou; bahaneberg@kaufcan.com; cjmugel@kaufcan.com; pvisalli@anslowlaw.com; nadia.soto@computershare.com
**Subject:** RE: Closing Call for Tibet Pharmaceuticals IPO - Monday Jan 24 10:15 AM

I just got confirmation from our wire room that all wires have been released.

Thanks,

Matthew Ward

Assistant Vice President, Escrow Services

SunTrust Banks, Inc.

Mail Code HDQ 5307

919 East Main Street, 7th Floor

Richmond, VA 23219

Tel: 804.782.7182   Fax: 804.782.7855


EXHIBIT
Zou 13
4-19-16 LF

https://email.andersonstrudwick.com/exchange/mdowns/Sent%20Items/RE:%20Closing%...   1/26/2011

D002271

Live Solid. Bank Solid.

**From:** Downs, Mac [mailto:mdowns@andersonstrudwick.com]
**Sent:** Friday, January 21, 2011 12:04 PM
**To:** shangrilapharm@163.com
**Cc:** hayden zou; bahaneberg@kaufcan.com; cjmugel@kaufcan.com; pvisalli@anslowlaw.com; nadia.soto@computershare.com; Ward.Matthew
**Subject:** Closing Call for Tibet Pharmaceuticals IPO - Monday Jan 24 10:15 AM
**Importance:** High

We welcome you to the closing call for the Tibet Pharmaceuticals, Inc. Initial Public Offering.

The call will be held at **10:15 AM Eastern Time on Monday, January 24, 2011.**

Please call in about a minute before the call so we can conduct the closing promptly at 10:15.

**Dial In Number for Participants in the USA:**

(800) 511-5081

**Dial In Number for Participants OUTSIDE of the USA:**

(757) 963-2400

**Pass code:**

7695

Once all parties are on the call, Kaufman & Canoles will patch in DTC's Closing Desk.

The call should not last more than about 5 minutes.

Thanks for the hard work from all in getting us to this point.

Mac

Mac Downs

Managing Director

Anderson & Strudwick, Inc.

707 East Main Street, 20th Floor

Richmond, VA 23219

Office:   (804) 966-2468

Mobile: (804) 337-6511

Beijing   (Currently In USA)

Mobile: (86) 136 8115 6658

This and/or the accompanying information was prepared by or obtained from sources that our firm believes to be reliable but does not guarantee its accuracy. Since the confidentiality of Internet e-mail cannot be guaranteed, please do not include private or confidential information (passwords, account numbers, social security numbers, etc.), or instructions requiring your authorization (orders, address changes, funds transfers, etc.) in your e-mail communications to us. Directives will not be processed until we can verbally confirm your instructions or obtain appropriate written documentation, if necessary.

Securities offered through Anderson & Strudwick, Inc. member FINRA & SIPC

LEGAL DISCLAIMER