UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
:
:
:
ROBIN JOACHIM DARTELL, et al., :
Individually and on Behalf of All Others :
Similarly Situated :
            Plaintiff, :
: Civil Action No. 14-CV-3620-JMV
            vs. :
:
TIBET PHARMACEUTICALS, INC., et al :
            Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

P. VAN HOVE BVBA, PASCAL VAN HOVE
GCV, JOHN THOLLON, MICHAEL ZABINSKI,
JEAN DOYLE, AND MARK LAROSA,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

        Plaintiffs,

        vs.

UNIVERSAL TRAVEL GROUP, INC.,
JIANGPING JIANG, YIZHAO ZHANG, JIANG
XIE, JIDUAN YUAN, LAWRENCE LEE,
LIZONG WANG, DAVID T. SVOBODA, AND
ACQUAVELLA, CHIARELLI, SHUSTER & CO.,
LLP, ACQUAVELLA, CHIARELLI, SHUSTER,
BERKOWER & CO., LLP, JOSEPH P.
ACQUAVELLA, SANTO CHIARELLI, SAMUEL
SHUSTER, AND MAURICE BERKOWER,

                     **Defendants.**

CASE No.: 2:11-cv-2164-JMV

## MOTION TO SEAL PURSUANT TO LOCAL CIVIL RULE 5.3(c)

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(c) of the Local Civil and Criminal Rules for the United States District Court for the District of New Jersey, Lead Plaintiffs Obasi Investment Limited, Jude Shao, Robin Dartell, Lixin Wu and Jason Helton (collectively "Tibet Plaintiffs") and Lead Plaintiffs the Van Hove Group ("UTG Plaintiffs") (collectively, "Plaintiffs"), by and through their counsel, shall move before the Honorable John Michael Vasquez at the United States District Court, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102 on January 3, 2017 at 9:00 a.m. or as soon thereafter as counsel may be heard for an order granting Plaintiffs' Motion To Seal.  Pursuant to Local Rule 7.1(d)(4), no legal brief if required because relevant proposed finding of fact and law required by Local Rule 5.3(c) have been but forth in the accompanying Declaration of Sara Fuks.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, Plaintiffs shall rely on the accompanying  Declaration of Sara Fuks as well as other pleadings and memoranda on file in this matter.   A Proposed Order is submitted as well.

Dated: December 9, 2016                                          Respectfully submitted,

By:  */s Laurence M. Rosen*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, New Jersey 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Sara Fuks, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Facsimile: (212) 202-3827
Email: sfuks@rosenlegal.com

***Lead Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF) on December 9, 2016.

                                                                              _/s/ Sara Fuks_