UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------ x
:
:
:
:
**ROBIN JOACHIM DARTELL, et al.,** :
**Individually and on Behalf of All Others** :
**Similarly Situated** :
                **Plaintiff,** :    Civil Action No. 14-CV-3620-JMV
:
        VS. :
**TIBET PHARMACEUTICALS, INC., et al** :
                **Defendant.** :
:
:
:
:
------------------------------------x

| | |
|---|---|
| **P. VAN HOVE BVBA, PASCAL VAN HOVE GCV, JOHN THOLLON, MICHAEL ZABINSKI, JEAN DOYLE, AND MARK LAROSA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br>      **Plaintiffs,**<br><br>      vs.<br>**UNIVERSAL TRAVEL GROUP, INC., JIANGPING JIANG, YIZHAO ZHANG, JIANG XIE, JIDUAN YUAN, LAWRENCE LEE, LIZONG WANG, DAVID T. SVOBODA, AND ACQUAVELLA, CHIARELLI, SHUSTER & CO., LLP, ACQUAVELLA, CHIARELLI, SHUSTER, BERKOWER & CO., LLP, JOSEPH P. ACQUAVELLA, SANTO CHIARELLI, SAMUEL SHUSTER, AND MAURICE BERKOWER,**<br><br>                      **Defendants.** | **CASE No.: 2:11-cv-2164-JMV** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

Before the Court is Plaintiffs' Motion to Seal.  Having considered Plaintiffs' Motion, as well as pertinent authorities, the Court GRANTS Plaintiffs' Motion.

IT IS ORDERED that the Plaintiffs my file under seal the documents referenced in their Motion to Seal.

IT IS FURTHER ORDERED that the above-referenced documents shall be maintained under seal by the Clerk of the Court.

.

Dated: _____, _____ 201_		SO ORDERED:


						_____
						HON.  JOHN MICHAEL VASQUEZ
						UNITED STATES DISTRICT JUDGE

1