

**The Rosen Law Firm**

I N V E S T O R   C O U N S E L

December 30, 2016

**BY ECF**

Honorable James B. Clark
U. S. Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street- Courtroom MLK 2A
Newark, NJ 07101

**Re:** _**Dartell v. Tibet Pharmaceuticals, Inc., et al** **14-cv-3620 (JMV) (JBC)**_
      _**Snellnick, et al. v. Universal Travel Group, Inc., et al** **11-cv-2164 (JMV) (JBC)**_

Your Honor,

Per the Court's request, Plaintiffs submit the attached revised proposed order granting Plaintiffs'
Motion to Seal dated December 9, 2016.

Respectfully,

_/s/Sara Fuks_
Sara E. Fuks