UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
: 
: 
: 
**ROBIN JOACHIM DARTELL, et al.,** :
**Individually and on Behalf of All Others** :
**Similarly Situated** :
         Plaintiff, :   Civil Action No. 14-CV-3620-JMV
: 
       VS. :
**TIBET PHARMACEUTICALS, INC., et al** :
         Defendant. :
: 
: 
: 
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**P. VAN HOVE BVBA, PASCAL VAN HOVE GCV, JOHN THOLLON, MICHAEL ZABINSKI, JEAN DOYLE, AND MARK LAROSA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
        Plaintiffs,

       vs.

**UNIVERSAL TRAVEL GROUP, INC., JIANGPING JIANG, YIZHAO ZHANG, JIANG XIE, JIDUAN YUAN, LAWRENCE LEE, LIZONG WANG, DAVID T. SVOBODA, AND ACQUAVELLA, CHIARELLI, SHUSTER & CO., LLP, ACQUAVELLA, CHIARELLI, SHUSTER, BERKOWER & CO., LLP, JOSEPH P. ACQUAVELLA, SANTO CHIARELLI, SAMUEL SHUSTER, AND MAURICE BERKOWER,**

              **Defendants.**

CASE No.: 2:11-cv-2164-JMV

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

Before the Court is Plaintiffs' Motion to Seal.  The Court, having reviewed Plaintiffs' Motion to Seal, and the Court finding that:

(a) The insurance policies referenced in Plaintiffs' Motion to Seal contain confidential information concerning the amount of the policies;

(b) It is important not to have the insurance policies publicly filed, as doing so could disrupt arms-length negotiated settlements;

(c) The supplemental agreements concerning the proposed settlements referenced in Plaintiffs' Motion to seal contain provisions concerning the number of shares of stock that would have to opt-out of the respective settlements such that the respective settling defendants would be able to exercise the right to terminate the settlement; and

(d) It is important not to have the supplemental agreements filed publicly, as doing so could disrupt an arms-length negotiated settlement.

IT IS ORDERED that the Plaintiffs may file under seal the documents referenced in their Motion to Seal.

IT IS FURTHER ORDERED that the above-referenced documents shall be maintained under seal by the Clerk of the Court.

Dated: _____, _____ 201_          SO ORDERED:

 

_____
HON.  JOHN MICHAEL VASQUEZ
UNITED STATES DISTRICT JUDGE