UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------- x

ROBIN JOACHIM DARTELL, et al.,
Individually and on Behalf of All Others
Similarly Situated
        Plaintiff,

VS.
TIBET PHARMACEUTICALS, INC., et al
        Defendant.

Civil Action No. 14-CV-3620-JMV

------------------------------------- x

P. VAN HOVE BVBA, PASCAL VAN HOVE
GCV, JOHN THOLLON, MICHAEL ZABINSKI,
JEAN DOYLE, AND MARK LAROSA,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,
        Plaintiffs,

vs.
UNIVERSAL TRAVEL GROUP, INC.,
JIANGPING JIANG, YIZHAO ZHANG, JIANG
XIE, JIDUAN YUAN, LAWRENCE LEE,
LIZONG WANG, DAVID T. SVOBODA, AND
ACQUAVELLA, CHIARELLI, SHUSTER & CO.,
LLP, ACQUAVELLA, CHIARELLI, SHUSTER,
BERKOWER & CO., LLP, JOSEPH P.
ACQUAVELLA, SANTO CHIARELLI, SAMUEL
SHUSTER, AND MAURICE BERKOWER,

        Defendants.

CASE No.: 2:11-cv-2164-JMV

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

Before the Court is Plaintiffs' Motion to Seal. The Court, having reviewed Plaintiffs' Motion to Seal, and the Court finding that:

(a) The insurance policies referenced in Plaintiffs' Motion to Seal contain confidential information concerning the amount of the policies;

(b) It is important not to have the insurance policies publicly filed, as doing so could disrupt arms-length negotiated settlements;

(c) The supplemental agreements concerning the proposed settlements referenced in Plaintiffs' Motion to seal contain provisions concerning the number of shares of stock that would have to opt-out of the respective settlements such that the respective settling defendants would be able to exercise the right to terminate the settlement; and

(d) It is important not to have the supplemental agreements filed publicly, as doing so could disrupt an arms-length negotiated settlement.

IT IS ORDERED that the Plaintiffs may file under seal the documents referenced in their Motion to Seal.

IT IS FURTHER ORDERED that the above-referenced documents shall be maintained under seal by the Clerk of the Court.

Dated: January, 17 2017

SO ORDERED:

_____
HON. ~~JOHN MICHAEL VASQUEZ~~ James B. Clark, III
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

[This Order terminates Docket Entry No. 251].