UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBIN JOACHIM DARTELL, *et al*,
individually and on behalf all others
similarly situated,

    *Plaintiffs*,

v.

TIBET PHARMACEUTICALS, INC., *et al*,

    *Defendants*.

Civil Action No. 14-3620

**ORDER**

This matter comes before the Court by way of the motions for final approval of the proposed settlement and for attorney fees filed by Lead Plaintiffs Obasi Investment Limited, Jude Shao, Robin Dartell, Lixin Wu, Jason Helton, and Sean Carithers. D.E. 263, 265. The motions are unopposed, however, two potential class members submitted letters regarding the proposed settlement and award of attorneys' fees. D.E. 258, 259, 270. The Court reviewed the submissions regarding the motions and held a settlement hearing on June 6, 2017. For the reasons set forth in the Court's Opinion accompanying this Order, and for good cause shown,

IT IS on this 29th day of June, 2017

**ORDERED** that Lead Plaintiffs' motion for final approval of the settlement [D.E. 263] is **GRANTED**; and it is further

**ORDERED** that subject to the modification to the Lead Plaintiffs' award addressed below, the motion for attorneys' fees [D.E. 265] is **GRANTED**; and it is further

**ORDERED** that regarding the Lead Plaintiff awards, Lead Plaintiff Edmund Obasi is awarded $6,500, Jude Shao is awarded $4,500, Robin Dartell is awarded $4,500, Lixin Wu is

awarded $3,000, Jason Helton is awarded $3,000, and Sean Carithers is awarded $1,500; and it is further

    **ORDERED** that the Rosen Firm is awarded $691,667 in attorneys' fees and $62,140.25 in expenses.

                                                      _____
                                                      John Michael Vazquez, U.S.D.J.