**SHER TREMONTE LLP**
Scott Cargill, Esq. (No. 007991999)
90 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Defendant Hayden Zou*

**LECLAIRRYAN, A Virginia Professional Corporation**
Robert J. Brener, Esq.
1037 Raymond Blvd.
Newark, NJ 07102
*Attorneys for Defendant L. McCarthy Downs, III*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBIN JOACHIM DARTELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>TIBET PHARMACEUTICALS, INC, HONG YU, TAYLOR Z. GUO, SABRINA Y. REN, WENBO CHEN, YOUHANG PEN, SOLOMON CHEN, ANDERSON & STRUDWICK INCORPORATED, STERNE AGEE GROUP, INC., HAYDEN ZOU, L. MCCARTHY DOWNS III and ACQUAVELLA, CHIARELLI, SHUSTER, BERKOWER & CO., LLP,<br><br>Defendants. | Civil Action No.: 14-CV-03620 (JMV) (JBC) |

**ORDER GRANTING DEFENDANTS HAYDEN ZOU'S AND L. MCCARTHY DOWNS III'S JOINT MOTION TO DISMISS CERTAIN LEAD PLAINTIFFS FOR LACK OF STANDING**

This matter having been opened to the Court by LeClairRyan, a Professional Corporation, counsel for Defendant L. McCarthy Downs III and Sher Tremonte LLP, counsel for Defendant

Hayden Zou, on application for an Order granting dismissal of certain lead plaintiffs for lack of standing and having heard and considered arguments of counsel and for good cause shown;

IT IS on this _____ day _____, 2017

ORDERED that Defendants' L. McCarthy Downs III and Hayden Zou's Joint Motion to Dismiss Certain of the Lead Plaintiffs for Lack of Standing of lead Plaintiffs Lixin Wu, Robin Joachim Dartell and Obasi Investment Limited is granted and Lixin Wu, Robin Joachim Dartell and Obasi Investment Limited hereby are dismissed from the case for lack of standing with prejudice.

_____
Hon. John Michael Vazquez, U.S.D.J.

900314457-1