# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Virgin Islands - St. C

| | |
|---|---|
| MING YANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED <br> *Plaintiff* <br> v. <br> TIBET PHARMACEUTICALS, INC., ET. AL. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MOSSACK, FONSECA & CO. (B.V.I.) LTD. Resident Agent for
TIBET PHARMACEUTICALS, INC
AKARA BLDG., 24 DE CASTRO STREET
WICKHAMS CAY 1
ROAD TOWN, TORTOLA, BVI

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GLENDA L. LAKE, ESQ.
CLERK OF COURT

Date: June 6, 2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mossack, Fonseca & Co (BVI)
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Submitted to U.S.P.S. for Registered Mail Proof of Service. Recept returned evidencing Delivery to Defendant

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/10/12

*Server's signature*

Lawrence Rosen
*Printed name and title*  Attorney

275 Madison Ave, 34th Floor, NY, NY 10016
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered™, Insured and Express Mail®)

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Return by the quickest route (air or surface mail), a découvert and postage free.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

The sender completes and indicates the address for the return of this receipt.

Name or Firm (Nom ou raison sociale)
Lawrence Rosen, The Rosen Law Firm, P.A.

Street and Number (Rue et no.)
275 Madison Avenue, 34th Floor

City, State, and ZIP+4® (Localité et code postal)
New York, NY 10016

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

PS Form **2865**, March 2007

UNITED STATES OF AMERICA     Etats-Unis d'Amérique

*Avis de réception*     **CN07** (Old C5)

---

**Completed by the office of origin.**
(A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi)
☐ Registered Article (Envoi recommandé)
☐ Insured Parcel (Colis avec valeur décla...)

☐ Letter (Lettre)   ☑ Printed Matter (Imprimé)   ☐ Other (Autre)   ☐ Express Mail International

RE 895 758 395 US

Date of Posting (Date de dépôt)

Office of Mailing (Bureau de dépôt)
Mossack Fonseca & Co. (BVI)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Akara Building, 24 De Castro Street

Street and No. (Rue et No.)
Wickhams Cay 1

Place and Country (Localité et pays)
Road Town, Tortola, British Virgin Islands

---

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Date

[postmark: ROAD TOWN TORTOLA B.V.I.]

PS Form **2865**, March 2007 (Reverse)   PSN 7530-01-000-9775

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RE895758395US | | | |
| Reg. Fee | $11.75 | | 0010 |
| Handling Charge | $0.00 | Return Receipt | $2.35 |
| Postage | $16.95 | Restricted Delivery | $0.00 |
| Received by | | | 06/07/12 |
| Customer Must Declare Full Value $ $0.00 | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

FROM: Laurence Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Fl.
New York, NY 10016

TO: Morrish Virgin Islands & Co. (BVI)
Akara Building 24 De Castro Street
Wickhams Cay 1
Road Town, Tortola, British Virgin Islds

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

```
=================================
        GRAND CENTRAL STA
        NEW YORK, New York
             100179998
         3558250010-0086
06/07/2012 (800)275-8777 12:15:37 PM
=================================
========= Sales Receipt =========
Product           Sale Unit      Final
Description       Qty  Price     Price

British Virgin                  $16.95
Islands - Priority
Mail Flat Rate Env
 4.30 oz.
 Return Receipt                  $2.35
 Registered                     $11.75
 Insured Value :       $0.00
 Article Value :       $0.00
 Label #:        RE895758395US
                                ========
 Issue PVI:                     $31.05

                                ==========
Total:                          $31.05

Paid by:
VISA                            $31.05
  Account #:     XXXXXXXXXXXX9139
  Approval #:         06089G
  Transaction #:      417
  23903280097
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
************************************
************************************


Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
```